No. 88–6761.  YORK v. TATE, SUPERINTENDENT, CHILLICOTHE CORRECTIONAL INSTITUTE.  C. A. 6th Cir.  Certiorari denied.

No. 88–6762.  MASON v. INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 88–6764.  RUSSELL v. MALDEN STATE BANK.  C. A. 8th Cir.  Certiorari denied.

No. 88–6765.  TANG-FORTELECHE v. UNITED STATES;
No. 88–6779.  CALLEJA v. UNITED STATES; and
No. 88–6893.  CALLEJA v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 88–6770.  HOHENSEE v. SMITH ET AL.  Super. Ct. Pa.  Certiorari denied.

No. 88–6772.  LYONS v. EASTERN AIRLINES, INC.  C. A. 11th Cir.  Certiorari denied.

No. 88–6773.  BARRON v. SALT LAKE CITY, UTAH.  Ct. App. Utah.  Certiorari denied.

No. 88–6776.  DORTCH v. COHN, SUPERINTENDENT, INDIANA STATE REFORMATORY, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 88–6778.  ANDRADES-SALINAS ET AL. v. UNITED STATES; and
No. 88–6781.  CRESPO-HERRERA v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 88–6782.  TANGWALL v. ILLINOIS.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 88–6784.  MAHLERWEIN v. FEDERAL LAND BANK OF LOUISVILLE ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 88–6787.  WHITE ET AL. v. CLEVELAND BOARD OF EDUCATION ET AL.  C. A. 6th Cir.  Certiorari denied.